UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 8:23-02202 VBF (RAO)                    Date: February 9, 2024
Title:     Jacob Andrew Bergeron v. Unknown Public Defender

Present:   The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Elisa Quintero | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO KEEP COURT APPRISED OF CURRENT ADDRESS**

Plaintiff Jacob Andrew Bergeron's ("Plaintiff") current address of record on the case docket is the Orange County Jail in Santa Ana, California. *See* Docket Sheet. However, the most recent mailings sent to this address were returned undelivered to the Court on December 8, 2023, and again on December 11, 2023. *See* Dkt. Nos. 8 ("return to sender/not deliverable as addressed/unable to forward), 9 ("return to sender/unable to forward"). Plaintiff has not filed a notice of change of address or otherwise communicated with the Court since the return of these mailings.

Local Rule 41-6 provides:

A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

///

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 8:23-02202 VBF (RAO)            Date:  February 9, 2024
Title:     Jacob Andrew Bergeron v. Unknown Public Defender

**Plaintiff is ordered to show cause in writing by February 22, 2024, why this matter should not be dismissed for failure to keep the Court apprised of his current address. Plaintiff is warned that failure to respond to this Order will result in this action being dismissed.**

**IT IS SO ORDERED.**

:
Initials of Preparer     eq